DAVID N. BARRY, ESQ. (SBN 219230)
ANDREW P. MATERA, ESQ. (SBN 317394)
THE BARRY LAW FIRM
11845 W. Olympic Blvd., Suite 1270W
Los Angeles, CA 90064
Telephone: 310.684.5859
Facsimile: 310.862.4539

Attorneys for Plaintiffs, RICHARD MARTIN and PAULA MARTIN

SOHEYL TAHSILDOOST, ESQ. (271294)
ADAM KNIGHTON, ESQ. (335072)
THETA LAW FIRM, LLP
15901 Hawthorne Blvd., Ste. 250
Lawndale, CA 90260
Telephone: 424.297.3103

Attorneys for Defendant, HYUNDAI MOTOR AMERICA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MARTIN, an individual; PAULA MARTIN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>HYUNDAI MOTOR AMERICA, A California Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:24-cv-02754-GW-SSC<br><br>**JOINT NOTICE OF SETTTLEMENT**<br><br>**Action Filed: April 25, 2023**<br>**Trial Date: None**<br><br>District Judge: George H. Wu<br>Magistrate Judge: Stephanie S. Christensen |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs RICHARD MARTIN and PAULA MARTIN and Defendant HYUNDAI MOTOR AMERICA (the "Parties"), jointly, write to advise this Court that the parties have resolved this matter. The Parties request that the Court vacate any upcoming hearings including, but not limited to, the June 27, 2024 Scheduling Conference and related deadlines while performance

of the settlement terms are pending.

    Once all terms of the settlement are completed and payment is received by the Plaintiffs, and after payment of Plaintiffs' attorneys' fees, costs and expenses, to be determined by agreement of the Parties or by noticed motion, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice.

Dated: June 24, 2024            **THE BARRY LAW FIRM**

By: /s/ *Andrew P. Matera*
David N. Barry
Andrew P. Matera
Attorneys for Plaintiffs
RICHARD MARTIN and PAULA MARTIN

Dated: June 24, 2024            **THETA LAW FIRM, LLP**

By: */s/Adam Knighton*
Soheyl Tahsildoost
Adam Knighton
Attorneys for Defendant,
HYUNDAI MOTOR AMERICA

# ATTESTATION

I attest that concurrence in the filing of this document has been obtained from the other Signatory, which shall serve in lieu of their signature on the document.

Dated: June 24, 2024 By: */s/ Andrew P. Matera*
Andrew P. Matera

1158020/61274170v.1

# CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2024, I filed the foregoing document entitled **JOINT NOTICE OF SETTLEMENT** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

    */s/ Andrew P. Matera*