DAVID N. BARRY, ESQ. (SBN 219230)
dbarry@mylemonrights.com
ANDREW P. MATERA, ESQ. (SBN 317394)
amatera@mylemonrights.com
THE BARRY LAW FIRM
11845 W. Olympic Blvd., Suite 1270
Los Angeles, CA 90064
Telephone: 310.684.5859
Facsimile: 310.862.4539

Attorneys for Plaintiffs, RICHARD MARTIN and PAULA MARTIN

SOHEYL TAHSILDOOST, ESQ. (271294)
st@thetafirm.com
ADAM KNIGHTON, ESQ. (335072)
Adam@thetafirm.com
THETA LAW FIRM, LLP
15901 Hawthorne Blvd., Ste. 250
Lawndale, CA 90260
Telephone: 424.297.3103

Attorneys for Defendant, HYUNDAI MOTOR AMERICA

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD MARTIN, an individual; PAULA MARTIN, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> HYUNDAI MOTOR AMERICA, a California Corporation; and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No. 2:24-cv-02754-GW-SSC <br><br> **JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** <br><br> **Action Filed: February 28, 2024** <br> **Trial Date: None** <br><br> Dist Judge: George H. Wu <br> Mag. Judge: Stephanie S. Christensen <br> Courtroom: 9D |

Plaintiffs, Richard Martin and Paula Martin, and Defendant Hyundai Motor America, by and through their respective counsel of record, hereby submit this Joint Stipulation to Dismiss with Prejudice as follows:

1. Whereas the parties agree that the matters in dispute between Plaintiffs and Defendant have been resolved

**THEREFORE, IT IS HEREBY STIPULATED** by and between the Plaintiffs and Defendant, by and through their attorneys of record, that the above entitled matter be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) in accordance with terms of the parties' written settlement agreement.

Date: July 16, 2024                **THE BARRY LAW FIRM**

By: __/s/ Andrew P. Matera_____
DAVID N. BARRY, ESQ.
ANDREW P. MATERA, ESQ.
Attorney for Plaintiffs,
RICHARD MARTIN and
PAULA MARTIN

Dated: July 16, 2024               **THETA LAW FIRM, LLP**

By:___/s/ Soheyl Tahsildoost_____
Soheyl Tahsildoost, ESQ.
Adam Knighton, ESQ.
Attorneys for Defendant,
HYUNDAI MOTOR AMERICA

# CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2024, I filed the foregoing document entitled **JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

                                           */s/ Andrew P. Matera*

-1-
**CERTIFICATE OF SERVICE**