DAVID N. BARRY, ESQ. (SBN 219230)
dbarry@mylemonrights.com
ANDREW P. MATERA, ESQ. (SBN 317394)
amatera@mylemonrights.com
THE BARRY LAW FIRM
11845 W. Olympic Blvd., Suite 1270
Los Angeles, CA 90064
Telephone: 310.684.5859
Facsimile: 310.862.4539

Attorneys for Plaintiffs, RICHARD MARTIN and PAULA MARTIN

SOHEYL TAHSILDOOST, ESQ. (271294)
st@thetafirm.com
ADAM KNIGHTON, ESQ. (335072)
Adam@thetafirm.com
THETA LAW FIRM, LLP
15901 Hawthorne Blvd., Ste. 250
Lawndale, CA 90260
Telephone: 424.297.3103

Attorneys for Defendant, HYUNDAI MOTOR AMERICA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MARTIN, an individual; PAULA MARTIN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>HYUNDAI MOTOR AMERICA, a California Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:24-cv-02754-GW-SSC<br><br>[~~PROPOSED~~] **ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>**Action Filed: February 28, 2024**<br>**Trial Date: None**<br><br>Dist Judge: George H. Wu<br>Mag. Judge: Stephanie S. Christensen<br>Courtroom: 9D |

-1-

## ORDER

IT IS HEREBY ORDERED that the above-entitled matter be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) in accordance with the terms of the parties' written settlement agreement

Date: July 16, 2024

*/s/ George H. Wu*
HON. GEORGE H. WU,
United States District Judge

**[PROPOSED] ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

# CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2024, I filed the foregoing document entitled **[PROPOSED] ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

                                                _____*/s/ Andrew P. Matera*_____

**CERTIFICATE OF SERVICE**